**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEAL BORDENAVE, | No. 2:20-CV-1939-KJM-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| SAFECO INSURANCE COMPANY OF ILLINOIS, et al., | |
| Defendants. | |

   Plaintiff, who is proceeding with retained counsel, brings this civil action. Good cause appearing therefor, the initial scheduling conference in this matter set for January 27, 2021, at 10:00 a.m., before the undersigned in Redding, California, is vacated pending resolution by the District Judge of Plaintiff's motion to remand.

   IT IS SO ORDERED.

Dated: January 22, 2021

                    DENNIS M. COTA
                    UNITED STATES MAGISTRATE JUDGE

1